IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY J. WRENN,

    Plaintiff,

v.

BOY SCOUTS OF AMERICA,

    Defendant.

No. C 03-04057 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

    This action was stayed on November 3, 2003, pending resolution of proceedings before the TTAB. On March 31, 2005, the parties submitted a joint status report, in which they stated that they expected the TTAB to rule on a motion for judgment on the pleadings "shortly."

    The Court HEREBY ORDERS the parties to submit a further status report by no later than August 19, 2005, and every sixty (60) days thereafter until the stay is lifted or this matter is otherwise resolved.

    **IT IS SO ORDERED.**

Dated: August 12, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE