| | |
|---|---|
| 1 | JOHN C. WILSON (Bar No. 185953) |
| 2 | E-Mail: John.Wilson@hellerehrman.com |
| | HELLER EHRMAN LLP |
| 3 | 333 Bush Street |
| | San Francisco, CA 98104-2878 |
| 4 | Telephone: +1.415.772.6000 |
| 5 | Facsimile: +1.415.772.6268 |
| 6 | WARREN J. RHEAUME |
| | HEIDI L. BROOKS |
| 7 | 701 Fifth Avenue, Suite 6100 |
| 8 | Seattle, WA 98104-7098 |
| | Telephone: +1.206.447.0900 |
| 9 | Facsimile: +1.206.447.0849 |
| 10 | Attorneys for Plaintiff |
| 11 | GREGORY J. WRENN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory J. Wrenn, | Case No.: C 03-04057 (JSW) |
| Plaintiff, | **(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| Boy Scouts of America, | |
| Defendant. | |

Warren J. Rheaume, an active member in good standing of the bar of Washington, whose business address and telephone number is 701 Fifth Avenue, Suite 6100, Seattle, Washington 98104, (206) 447-0900, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Gregory J. Wrenn, Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

---

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE:
CASE NO.: C 03-04057 (JSW)

1  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance
2  *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
3  application will constitute notice to the party. All future filings in this action are subject to
4  the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 23, 2005

JEFFREY S. WHITE
United States District Judge

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE:
CASE NO.: C 03-04057