IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY J. WRENN,

    Plaintiff,

v.

BOY SCOUTS OF AMERICA,

    Defendant.

No. C 03-04057 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on January 6, 2006 on Plaintiff Wrenn's motion to lift stay and for new trial schedule. The Court HEREBY ORDERS that Defendant's opposition to the motion shall be due on November 28, 2005 and Plaintiff's reply brief shall be due on December 12, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 3, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE