**United States District Court**
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    GREGORY J. WRENN,

10           Plaintiff,                          No. C 03-04057 JSW

11       v.
                                                 **ORDER REQUIRING JOINT**
12   BOY SCOUTS OF AMERICA,                      **STATUS REPORT**

13           Defendant.

14   _____/

15          On December 23, 2005, this Court issued an order denying Plaintiff's motion to lift the

16   stay and for a new trial.  There has been no further significant activity by the Court in this case

17   since that date.

18          Accordingly, the Court HEREBY ORDERS the parties to submit a Joint Status Report

19   by no later than May 26, 2006.

20

21

22       **IT IS SO ORDERED.**

23

24   Dated:   May 11, 2006                       _____
                                                 JEFFREY S. WHITE
25                                               UNITED STATES DISTRICT JUDGE

26

27

28