IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY J. WRENN,

    Plaintiff,

v.

BOY SCOUTS OF AMERICA,

    Defendant.
_____/

No. C 03-04057 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

This action was filed on September 5, 2003, and was stayed on November 3, 2003, pending resolution of proceedings before the TTAB. On May 24, 2006, the parties pursuant to Court Order submitted a joint status report, advising the Court that they were awaiting a decision from the TTAB on Mr. Wrenn's motion for judgment on the pleadings.

There has been no further activity in the case since that report. Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court with respect to the status of the TTAB proceedings by no later than **January 12, 2007.** The parties shall continue to submit such joint status reports every 60 days thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: January 3, 2007

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE