RITA M. HAEUSLER, State Bar No. 110574
MICHAEL P. BARBEE, State Bar No. 145775
HUGHES HUBBARD & REED, LLP
350 South Grand Avenue, 36th Floor
Los Angeles, California 90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950
barbee@hugheshubbard.com

Attorneys for Defendant Boy Scouts of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY J. WRENN<br><br>               Plaintiff,<br><br>vs.<br><br>BOY SCOUTS OF AMERICA,<br><br>               Defendant. | Case No. C03 04057 JSW ADR<br><br>Assigned to The Honorable Jeffrey S. White<br><br>STIPULATION TO CHANGE FILING DEADLINES AND [PROPOSED] ORDER THERON<br><br>Date: May 11, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor |

      IT IS HEREBY STIPULATED, AGREED, AND JOINTLY REQUESTED by and between plaintiff Gregory J. Wrenn ("Mr. Wrenn") and defendant Boy Scouts of America ("BSA"), by and through their respective counsel, that an order should be entered according to the following terms and provisions:

      (1)    BSA's Opposition to Plaintiff's Motion To Lift Stay and For a New Trial Schedule, which was lodged electronically with the Court on April 24, 2007, should be accepted for filing; and

(2) Mr. Wrenn will have up to and including May 3, 2007 to file his Reply.

DATED: April 25, 2007.

RITA M. HAEUSLER
MICHAEL P. BARBEE
HUGHES HUBBARD & REED LLP

By /s/ Michael P. Barbee
Michael P. Barbee
Attorneys for Defendant
Boy Scouts of America

DATED: April 25, 2007

WARREN J. RHEAUME
HEIDI B. BRADLEY
JOHN C. WILSON
HELLER EHRMAN LLP

By /s/ Heidi B. Bradley
Heidi B. Bradley
Attorneys for Plaintiff Gregory J. Wrenn

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT,

(1) BSA's Opposition to Plaintiff's Motion To Lift Stay and For a New Trial Schedule is hereby deemed filed; and

(2) Mr. Wrenn shall have up to and including May 3, 2007 to file his Reply.

DATED: April 27, 2007.

/s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Court Judge