RITA M. HAEUSLER, State Bar No. 110574
ALEX E. SPJUTE, State Bar No. 229796
HUGHES HUBBARD & REED, LLP
350 South Grand Avenue, 36th Floor
Los Angeles, California 90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950
haeusler@hugheshubbard.com

Attorneys for Defendant and Counter-Claimant
Boy Scouts of America

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY J. WRENN<br><br>            Plaintiff,<br><br>v.<br><br>BOY SCOUTS OF AMERICA,<br><br>           Defendant. | Case No. C03 04057 JSW ADR<br><br>Assigned to The Honorable<br>Jeffrey S. White<br><br><br>JOINT STIPULATION & REQUEST FOR AN ORDER MODIFYING THE COURT'S ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS AND ORDER THEREON |
| BOY SCOUTS OF AMERICA<br><br>           Counter-Claimant,<br><br>v.<br><br>GREGORY J. WRENN,<br><br>           Counter-Defendant. | Date:<br>Time:<br>Ctrm.: |

TO THIS HONORABLE COURT:

Plaintiff and Counter-Defendant Gregory J. Wrenn ("Wrenn") and Defendant and Counter-Claimant Boy Scouts of America ("Boy Scouts") jointly declare and submit the following Stipulation and Request for an order modifying the pretrial schedule set forth in the

Court's prior Order Scheduling Trial and Pretrial Matters, filed November 5, 2007 (the "Court's Order"), pursuant to Civil L. R. 6-1 and 7-1. The Court may approve this request without oral argument under Civil L. R. 7-1(b).

STIPULATION

WHEREAS, the Court's Order currently sets the following discovery schedule deadlines:

Close of Non-expert Discovery: 3/15/2008

Last Day for Expert Disclosure: 3/25/2008

Last Day for Expert Discovery: 3/31/2008;

WHEREAS, the parties, in an effort to reach an amicable resolution of this dispute, agreed to court-connected mediation and scheduled such mediation for January 15, 2008;

WHEREAS, due to the unforeseen illness of counsel for Boy Scouts, the mediation was rescheduled for February 21, 2008, the next date mutually agreeable to the parties and the mediator;

WHEREAS, in a show of good faith by both parties of their intent to reaching an amicable resolution through mediation, both parties resisted and withheld propounding discovery prior to the scheduled mediation;

WHEREAS, due to the rescheduling of the mediation date, the parties effectively lost a month of time in which to conduct discovery given both parties resisted and withheld propounding discovery until the conclusion of mediation;

WHEREAS, mediation did not result in an amicable resolution of this dispute;

WHEREAS, there is very good cause to allow the parties additional time for discovery given the lost time resulting from the unforeseen illness of counsel;

WHEREAS, the modification of the discovery schedule by extending the deadline for the close of non-expert discovery by approximately four and a half weeks and by extending the deadline for expert-related discovery by approximately three weeks will not affect or impact the other pretrial dates set forth in the Court's Order;

WHEREAS, the parties agree that this Stipulation may be executed in counterparts, and that facsimile signatures shall be deemed acceptable signatures for the purposes of this Stipulation.

IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR COUNSEL OF RECORD THAT:

The pretrial schedule deadlines shall be modified as follows:

    Close of Non-expert Discovery: 4/16/2008

    Last Day for Expert Disclosure: 4/16/2008

    Last Day for Expert Discovery: 4/23/2008.

Nothing herein shall serve as a waiver of any party's claims or defenses in this matter.

Dated: March 14, 2008      HELLER EHRMAN LLP

By: _____
Andrew S. Kamins
Attorneys for Plaintiff & Counter-Defendant
Gregory J. Wrenn

Dated: March 14, 2008      HUGHES HUBBARD & REED LLP

By: _____
Alex E. Spjute
Attorneys for Defendant and Counter-Claimant
Boy Scouts of America

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 17, 2008.

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2
JOINT STIPULATION & REQUEST FOR AN ORDER MODIFYING THE COURT'S ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS