**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY J. WRENN,<br><br>        Plaintiff,<br><br>    v.<br><br>BOY SCOUTS OF AMERICA,<br><br>        Defendant.<br>_____ / | No. C 03-04057 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR JUDGMENT ON THE PLEADINGS** |

This matter is set for a hearing on May 30, 2008 on Defendant's motion for judgment on the pleadings. Due to the Court's schedule, the hearing is RESET to June 20, 2008. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be due on April 25, 2008 and Defendant's reply brief shall be due on May 9, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 3, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE