1  RITA M. HAEUSLER, State Bar No. 110574
2  ALEX E. SPJUTE, State Bar No. 229796
   HUGHES HUBBARD & REED, LLP
3  350 South Grand Avenue, 36th Floor
   Los Angeles, California 90071-3442
4  Telephone: (213) 613-2800
   Facsimile: (213) 613-2950
5  haeusler@hugheshubbard.com

6  Attorneys for Defendant and Counter-Claimant
   Boy Scouts of America
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  GREGORY J. WRENN                  Case No. C03 04057 JSW ADR

14              Plaintiff,            Assigned to The Honorable
                                      Jeffrey S. White
15  v.

16  BOY SCOUTS OF AMERICA,            JOINT STIPULATION & REQUEST FOR
                                      AN ORDER MODIFYING THE COURT'S
17              Defendant.            SCHEDULING ORDER
                                                   AND ORDER THEREON
18  _____  Date:
                                      Time:
19  BOY SCOUTS OF AMERICA             Ctrm.:

20              Counter-Claimant,

21  v.

22  GREGORY J. WRENN,

23              Counter-Defendant.

24  _____

25       TO THIS HONORABLE COURT:

26       Plaintiff and Counter-Defendant Gregory J. Wrenn ("Wrenn") and Defendant and

27  Counter-Claimant Boy Scouts of America ("Boy Scouts") jointly declare and submit the

28  following Stipulation and Request for an order modifying the date for hearing dispositive

motions set forth in the Court's prior Order Scheduling Trial and Pretrial Matters, filed November 5, 2007 (the "Court's Order"), pursuant to Civil L. R. 6-1 and 7-1. The Court may approve this request without oral argument under Civil L. R. 7-1(b).

STIPULATION

WHEREAS, on March 17, 2008, the Court granted a joint stipulation and request to modify the pretrial schedule by extending the close of discovery by several weeks, but otherwise did not modify the date set for the last day for hearing dispositive motions;

WHEREAS, the Court's Order currently sets the following day as the last day for hearing dispositive motions:

Last Day to Hear Dispositive Motions: 5/30/2008;

WHEREAS, the Court issued an order April 3, 2008, resetting the hearing of Boy Scouts' Motion for Judgment on the Pleadings from May 30, 2008, to June 20, 2008;

WHEREAS, the Court's order of April 3, 2008 is silent as to whether or not the last day for hearing dispositive motions as set forth in the Court's Order has also been reset for June 20, 2008;

WHEREAS under the local rules, the parties are required to file dispositive motions, including motions for summary judgment, no later than 35 days prior to the last day for hearing dispositive motions;

WHEREAS, there is very good cause to amend the Court's Order to reset the last day for hearing dispositive motions to June 20, 2008, so that the Court's Order may be in conformity with the Court's order of April 3, 2008;

WHEREAS, amending the Court's Order and setting the last day for hearing dispositive motions to June 20, 2008, allows the parties to file dispositive motions, including motions for summary judgment, up to 35 days before June 20, 2008, as set forth in the local rules;

WHEREAS, the parties agree that this Stipulation may be executed in counterparts, and that facsimile signatures shall be deemed acceptable signatures for the purposes of this Stipulation.

1

IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR COUNSEL OF RECORD THAT:

The last day for hearing dispositive motions be modified as follows:

Last Day to Hear Dispositive Motions: 6/20/2008.

Nothing herein shall serve as a waiver of any party's claims or defenses in this matter.

Dated: April 21, 2008

HELLER EHRMAN LLP

By: _____
Andrew S. Kamins
Attorneys for Plaintiff & Counter-Defendant
Gregory J. Wrenn

Dated: April 21, 2008

HUGHES HUBBARD & REED LLP

By: _____
Alex E. Spjute
Attorneys for Defendant and Counter-Claimant
Boy Scouts of America

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 22, 2008.

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

2