IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY J. WRENN,

    Plaintiff,

v.

BOY SCOUTS OF AMERICA,

    Defendant.
_____/

No. C 03-04057 JSW

**ORDER SETTING DATES**

    This matter is set for hearing on June 20, 2008 on the motion for judgment on the pleadings filed Defendant Boy Scouts of America and the parties' cross-motions for summary judgment. Further, the pretrial conference in this matter is currently set for July 21, 2008 and the trial is set to commence on August 11, 2008. Given the Court's standing order governing pretrial filings, these dates are not workable.

    Accordingly, the Court RESETS the hearing on the pending motion to October 10, 2008 at 9:00 a.m. The pretrial conference is RESET to January 5, 2009 at 2:00 p.m. and the trial is RESET to January 26, 2009 at 8:30 a.m.

    **IT IS SO ORDERED.**

Dated: June 9, 2008

                                                                                 _____
                                                                                 JEFFREY S. WHITE
                                                                                 UNITED STATES DISTRICT JUDGE